

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

SNOOKIE EVANS

CIVIL ACTION NO. 06-2158-A

-vs-

JUDGE DRELL

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY

MAGISTRATE JUDGE KIRK

## JUDGMENT

For the reasons contained in the Magistrate Judge's Report and Recommendation previously filed herein, and after independent (de novo) review of the record, which review involved not only detailed consideration of the objections filed by Plaintiff, but also significant and substantial review of all the medical reports and opinions, and having determined that, given the circumstances presented in this case, the findings and recommendations are correct under the applicable law;

IT IS ORDERED that Plaintiff's appeal is DENIED, and the final decision of the Commissioner is AFFIRMED.

SIGNED on this 5 day of March, 2008 at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE